UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY BLAIR SHELDON,<br><br>         Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>         Defendant. | No.  1:14-CV-3030-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is **REMANDED** to the Commissioner for additional proceedings pursuant to sentence four 42 USC 405(g).  Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  April 17, 2015.

SEAN F. McAVOY
Clerk of Court

By: *s/Renea Grogan*
     Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**